1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Grazia MOSCATO, as administratrix, etc., respondent, v. PRINCE LINE, Limited, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motions denied, without costs.

Edward H. MOUBRAY, plaintiff, v. G. & M. IMPROVEMENT COMPANY, defendant. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motion granted, without costs, upon condition that defendant give to the plaintiff a surety company undertaking in the sum of $5,000, to indemnify him against all damage resulting from the stay.

Agnes K. MULLIGAN v. Pasquale J. LAMBERTI et al. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Cornelius J. MULLINS, Applt., v. DAVID STEVENSON BREWING CO., Respt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Mary Ann MURRAY, Respt., v. NEW YORK TITLE INSURANCE CO. et al., impleaded, etc., Applts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

NACIREMA COMPANY, Respt., v. Frank J. CASSIDY, Applt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Alma NAHME, Respt., v. CITY OF NEW YORK, Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment and order affirmed, with costs, on the authority of Williams v. City of New York, 214 N. Y. 259, 108 N. E. 448. Clarke, P. J., and McLaughlin, J., dissent, on Gaffney v. City of New York, 112 N. E. 725, decided by the Court of Appeals May 9, 1916. Order filed.

NASSAU ASSETS COLLECTING COMPANY, appellant, v. Jules S. BACHE et al., respondents. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

NATIONAL SURETY CO. v. Carolina WENNINGER et al. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

NATIONAL SURETY CO., Respt.-Applt., v. James O. WINSTON et al., Applts.-Respts. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, without costs. No opinion. Order filed.

NAT. TOBACCO PRODUCTS CO. v. TOBACCO PRODUCTS CORP'N. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Mary NENNING, respt., v. Estate of Elizabeth M. McCARTHY, Inc., applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Judgment and order affirmed with costs. All concur.

·NEWBURGER–MORRIS CO. v. James TALCOTT. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion granted; question certified. Order filed.

NEWBURGER–MORRIS CO. v. James TALCOTT. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

In the Matter of Edward C. NEWDORF, as Exr., etc., of Thomas S. Doyle, dec'd. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Walter S. NEWHOUSE, appellant and respondent, v. SCHUNDLER & DE SOLA, Inc., respondent and appellant. Appeal No. 1. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Order on motion for judgment on the pleadings modified by striking out the following provision: "Ordered, that plaintiff's demurrer to the fifth defense in the answer of defendant Schundler & De Sola, Incorporated, be and it is hereby overruled," and substituting therefor, "Ordered, that the plaintiff's demurrer to the fifth defense in the answer of defendant Schundler & De Sola, Incorporated, be and it is hereby allowed," and, as modified, affirmed, with $10 costs and disbursements to plaintiff-appellant. The ground of this decision is that in the contract of the maker there was not such an alteration as would avoid the instrument. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Walter S. NEWHOUSE, appellant and respondent, v. Benjamin E. DE SOLA, respondent and appellant. Appeal No. 2. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Order affirmed, without costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

In the Matter of NEW YORK CENTRAL RAILROAD CO. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the Matter of the petition of NEW YORK MUNICIPAL RAILWAY CORPORATION and New York Consolidated Railroad Company, respondents, relative to acquiring title, etc., of Avenue T and Avenue U. Clara McLear et al., appellants. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Motion for reargument denied.